■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JILES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Linakis, J.), rendered December 14, 1988, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence adduced was insufficient to establish that the complainant suffered physical injury (see, Penal Law § 10.00 [9]) is unpreserved for appellate review (see, People v Ross, 148 AD2d 643), and we decline to reach it in the exercise of our interest of justice jurisdiction. Brown, J. P., Lawrence, Kooper and Rosenblatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE KELLER, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered January 9, 1986, convicting him of unauthorized use of a vehicle in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Kunzeman, Kooper, Sullivan and Ritter, JJ., concur.